UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES INC.,

                    Plaintiff,

                 -against-

ADDRESSING SYSTEMS AND PRODUCTS INC.,
MARSHALL GOLDBERG, TEMAR INC., and
"JOHN DOE #1" THROUGH "JOHN DOE #12",
the last twelve names being fictitious and unknown to
plaintiff, being persons having or claiming an interest
in or lien upon the Collateral described in the complaint,

                    Defendants.

------------------------------------------------------------------------x

07 CV 8071 (RJS)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Merrill Lynch Business Financial Services Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Merrill Lynch & Co., Inc.

Dated: New York, New York
       September 14, 2007

                                                SPENCER L. SCHNEIDER (SS-2471)

                                                Attorney for Plaintiff
                                                70 Lafayette Street, 7th Floor
                                                New York, NY 10013
                                                Tel: 212-233-7400
                                                Fax: 212-233-9713
                                                sschneider@slsatty.com