JUDGE SULLIVAN

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

Merrill Lynch Business Financial Services Inc.

v.

Addressing Systems and Products Inc., Marshall Goldberg, Temar Inc., and "John Doe #1" through "John Doe #12"

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 8071

TO: (Name and address of Defendant)

Addressing Systems and Products, Inc., 2 Penn Plaza, 26th Floor, New York, NY 10121

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Spencer L. Schneider, Esq., 70 Lafayette Street, New York, NY 10013

an answer to the complaint which is served on you with this summons, within Twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    SEP 1 4 2007

CLERK  [signature]                                    DATE        Format m/d/yyyy

(By) DEPUTY CLERK

|  |  |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC. | Index #: 07 CIV 8071 SULLIVAN |
| Plaintiff(s) | |
| - against - | Date Filed: |
| ADDRESSING SYSTEMS AND PRODUCTS INC., ETAL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 24, 2007 at 12:45 PM at

THE OFFICE OF THE SECRETARY OF STATE
41 STATE STREET
ALBANY, NY 12231

deponent served the within two true copies of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, JUDGE'S RULES on ADDRESSING SYSTEMS AND PRODUCTS INC., the defendant/respondent therein named,

**SECRETARY OF STATE**    by delivering two true copies to MS. DONNA CHRISTIE personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 145 |

Sworn to me on: September 24, 2007

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **STEVEN C. AVERY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | Docket #: 491400 |