| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC. | Index #: 07 CIV 8071 SULLIVAN |
|---|---|
| Plaintiff(s) | |
| - against - | Date Filed: |
| ADDRESSING SYSTEMS AND PRODUCTS INC., ETAL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 9, 2007 at 03:03 PM at

C/O THE SECRETARY OF STATE OF THE STATE OF NEW JERSEY
TRENTON, NJ

deponent served the within true copy of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, JUDGE'S RULES on TEMAR INC., the defendant/respondent therein named,

**SECRETARY OF STATE OF NEW JERSEY**  A corporation by delivering thereat one true copy to MS. HEATHER JACKSON personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant/respondent and knew said individual to be the LEGAL CLERK thereof.

Service upon the New Jersey Secretary of State in accordance with NJSA 2A: 15-30.1. and tendering the required fee of $25.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 24 | 5'6 | 145 |

Sworn to me on: November 13, 2007

| Linda Forman | Robin M. Forman | Larry Yee | DANIEL KNIGHT |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | Docket #: 519544 |

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

Merrill Lynch Business Financial Services Inc.

v.

Addressing Systems and Products Inc., Marshall Goldberg, Temar Inc., and "John Doe #1" through "John Doe #12"

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 8071

TO: (Name and address of Defendant)
Temar, Inc., 14 East Hill Court, Tenafly, NJ 07670

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Spencer L. Schneider, Esq., 70 Lafayette Street, New York, NY 10013

an answer to the complaint which is served on you with this summons, within   Twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**  SEP 1 4 2007

CLERK

(By) DEPUTY CLERK  DATE  Format m/d/yyyy