*Sullivan, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

[USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/3/08]

------------------------------------------------------------x

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES INC.,

              Plaintiff,

    -against-

ADDRESSING SYSTEMS AND PRODUCTS INC.,
MARSHALL GOLDBERG, TEMAR INC., and
and "JOHN DOE #1" THROUGH "JOHN DOE #12",
the last twelve names being fictitious and unknown to
plaintiff, being persons having or claiming an interest
in or lien upon the chattel described in the complaint,

              Defendants.

------------------------------------------------------------x

07 CV 8071 (RJS)

**ORDER TO SHOW CAUSE**

Upon the Declaration of Spencer L. Schneider, sworn to January 3, 2008, it is

**ORDERED**, that defendants, or their attorneys show cause before this Court, at Room 21C, United States Courthouse, 500 Pearl Street, New York, NY 10007, on the 25th day of January, 2008, at 11AM a.m./p.m., or as soon thereafter as counsel may be heard, why, pursuant to FRCP Rule 55, a default judgment should not be entered against defendants for failing to appear in this action; and it is further,

**ORDERED**, that service of a copy of this order, and all supporting papers thereof, be served, by federal express and regular US mail, on or before the 9th day of January, 2008 ~~November 2007~~, shall be deemed good and sufficient notice hereof.

Dated: New York, New York
       January 3, 2008

                                                     /s/ [signature]
                                                    United States District Judge

*The initial conference previously scheduled for January 7, 2008 is hereby cancelled.*