# EXHIBIT B

# UNITED STATES DISTRICT COURT

Southern District of New York

Merrill Lynch Business Financial Services Inc.

V.

Addressing Systems and Products Inc., Marshall Goldberg, Temar Inc., and "John Doe #1" through "John Doe #12"

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 8071

TO: (Name and address of Defendant)

Addressing Systems and Products, Inc., 2 Penn Plaza, 26th Floor, New York, NY 10121

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Spencer L. Schneider, Esq., 70 Lafayette Street, New York, NY 10013

an answer to the complaint which is served on you with this summons, within Twenty (20) days after of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken ag for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _(signature)_

(By) DEPUTY CLERK

SEP 1 4 2007

DATE    Format m/d/yyyy

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC. | Index #: 07 CIV 8071 SULLIVAN |
| Plaintiff(s) | |
| - against - | Date Filed: |
| ADDRESSING SYSTEMS AND PRODUCTS INC., ETAL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 24, 2007 at 12:45 PM at

THE OFFICE OF THE SECRETARY OF STATE
41 STATE STREET
ALBANY, NY 12231

deponent served the within two true copies of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, JUDGE'S RULES on ADDRESSING SYSTEMS AND PRODUCTS INC., the defendant/respondent therein named,

**SECRETARY OF STATE**   by delivering two true copies to MS. DONNA CHRISTIE personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 145 |

Sworn to me on: September 24, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

STEVEN C. AVERY

Docket #: 491400

JUDGE SULLIVAN

◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Merrill Lynch Business Financial Services Inc.

V.

Addressing Systems and Products Inc., Marshall Goldberg, Temar Inc., and "John Doe #1" through "John Doe #12"

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 8071

TO: (Name and address of Defendant)
Marshall Goldberg, 30 Sutton Place, Englewood, NJ 07631

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Spencer L. Schneider, Esq., 70 Lafayette Street, New York, NY 10013

an answer to the complaint which is served on you with this summons, within Twenty (20) days after ser of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK [signature]

SEP 1 4 2007

DATE    Format m/d/yyyy

(By) DEPUTY CLERK

MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC.

Plaintiff(s)

Index #: 07 CIV 8071 SULLIVAN

- against -

Date Filed:

ADDRESSING SYSTEMS AND PRODUCTS INC., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 7, 2007 at 06:04 PM at

29 KING STREET
NEW YORK, NY 10014

deponent served the within true copy/copies of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, JUDGE'S RULES on MARSHALL GOLDBERG, the defendant/respondent therein named,

**AFFIXING TO DOOR**    by affixing a true copy/copies of each to the door of said premises, which is the defendant's/respondent's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, thereat, having called there on:

October 24, 2007 AT 1:00 PM    October 26, 2007 AT 7:03 PM
November 1, 2007 AT 7:57 AM    November 7, 2007 AT 6:04 PM

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

29 KING STREET
NEW YORK, NY 10014

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 9, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: November 9, 2007

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | BYRAN E. MCELDERRY |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 516119 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Merrill Lynch Business Financial Services Inc.

V

Addressing Systems and Products Inc., Marshall Goldberg, Temar Inc., and "John Doe #1" through "John Doe #12"

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8071**

TO: (Name and address of Defendant)
Temar, Inc., 14 East Hill Court, Tenafly, NJ 07670

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Spencer L. Schneider, Esq., 70 Lafayette Street, New York, NY 10013

an answer to the complaint which is served on you with this summons, within  Twenty (20)  days after se[rvice] of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken again[st you] for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed wi[th the] Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

SEP 1 4 2007

CLERK

(By) DEPUTY CLERK

DATE

Format m/d/yyyy

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK 1/30/2007 SPENCER L. SCHNEIDER, ESQ - 265

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC. | Index #: 07 CIV 8071 SULLIVAN |
| Plaintiff(s) | |
| - against - | Date Filed: |
| ADDRESSING SYSTEMS AND PRODUCTS INC., ETAL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 9, 2007 at 03:03 PM at

C/O THE SECRETARY OF STATE OF THE STATE OF NEW JERSEY
TRENTON, NJ

deponent served the within true copy of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, JUDGE'S RULES on TEMAR INC., the defendant/respondent therein named,

**SECRETARY OF STATE OF NEW JERSEY** A corporation by delivering thereat one true copy to MS. HEATHER JACKSON personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant/respondent and knew said individual to be the LEGAL CLERK thereof.

Service upon the New Jersey Secretary of State in accordance with NJSA 2A: 15-30.1. and tendering the required fee of $25.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 24 | 5'6 | 145 |

Sworn to me on: November 13, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DANIEL KNIGHT

Docket #: 519544

**EXHIBIT C**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
MERRILL LYNCH BUSINESS FINANCIAL                                  :
SERVICES INC.,                                                    :
                                                                  :     07 CV 8071 (RJS)
                              Plaintiff,                          :
                                                                  :
           -against-                                              :
                                                                  :     CLERK'S CERTIFICATE
ADDRESSING SYSTEMS AND PRODUCTS INC.,                             :
MARSHALL GOLDBERG, TEMAR INC., and                                :
and "JOHN DOE #1" THROUGH "JOHN DOE #12",                         :
the last twelve names being fictitious and unknown to             :
plaintiff, being persons having or claiming an interest           :
in or lien upon the chattel described in the complaint,           :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------x
```

  **I, J. MICHAEL MCMAHON**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on September 17, 2007, with the filing of a summons and complaint, a copy of the summons and complaint was served on the defendant Addressing Systems and Products Inc. on September 24, 2007, by serving the Secretary State of New York, and proof of service was filed on October 12, 2007; on defendant Marshall Goldberg on November 7, 2007, by affixing a true copy of same to his dwelling place in New York after being unable with due diligence to find defendant or a person of suitable age or discretion, and proof of service was filed on November 7, 2007; and on defendant Temar Inc. on November 9, 2007 (collectively, the "Defendants"), by serving the Secretary of State of New Jersey, and a proof of service having been filed on December 7, 2007.

  I further certify that the docket entries indicate that the Defendants have not filed answers or otherwise moved with respect to the complaint herein. The default of the Defendants is hereby noted.

Dated:   New York, New York
         January 2, 2008

                                          **J. MICHAEL MCMAHON**
                                          Clerk of the Court

                                    By: _____
                                                  Deputy Clerk

**EXHIBIT D**

Primary Account: 879-07D04

**TOTAL MERRILL**

# YOUR MERRILL LYNCH REPORT

December 01, 2007 - December 31, 2007

## PORTFOLIO SUMMARY

| | December 31 | November 30 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | . | . | . |
| Your assets | | | |
| Your liabilities | | | |
| Your Net Cash Flow (Inflows/Outflows) | | | |
| Securities You Transferred In/Out | | | |
| **Subtotal Net Contributions** | . | . | . |
| Your Dividends/Interest Income | | | |
| Your Market Change | | | |
| ***Subtotal Investment Earnings*** | . | . | . |



Net Portfolio Value (in thousands), 2002-2007

191 — 75 — 93 — 5.86 — 0 — 0 — 0 — 0 — 0 — 0.001

12/02  12/03  12/04  12/05  12/06  1007  2007  3007  10/07  11/07  12/07

## OUTLOOK 2008: MORE VOLATILITY, MORE OPPORTUNITY.

Volatility signals the emergence of new market leadership--and therein lies opportunity. Merrill Lynch Chief Investment Strategist Richard Bernstein and the Research Investment Committee offer 10 investment ideas for 2008 in the RIC report found at www.mlol.ml.com.

---

ADDRESSING SYSTEMS AND
PRODUCTS INC.
2 PENN PLZ # 26
NEW YORK NY 10121-0101

**Need Investment Guidance?**
Call Your Financial Advisor

**Your Financial Advisor:**
MICHAEL L LOMBARDI
2 WORLD FINANCIAL CENTER 40TH
NEW YORK NY   10281-6100
michael_l_lombardi@ml.com
(212) 236-5170

If you have questions on your statement,
call 24-Hour Assistance:
(866) 4MLBUSINESS
(866) 465-2874
Access Code: 91-879-07304

Up-to-date account information can be viewed at: www.businesscenter.ml.com, where your statements are archived for three or more years.

This page intentionally left blank

**TOTAL MERRILL**

Online at: www.businesscenter.ml.com

ADDRESSING SYSTEMS AND
PRODUCTS INC.
2 PENN PLZ # 26
NEW YORK NY 10121-0101

Account Number: 879-07D04

24-Hour Assistance: (866) 4MLBUSINESS
Access Code: 91-879-07304

**Net Portfolio Value:** $0.00

Your Financial Advisor:
MICHAEL L LOMBARDI
2 WORLD FINANCIAL CENTER 40TH
NEW YORK NY    10281-6100
michael_l_lombardi@ml.com
(212) 236-5170

# ■ WCMA® ACCOUNT

## ASSETS

|  | December 31 | November 30 |
|---|---|---|
| Cash/Money Accounts | | |
| Fixed Income | | |
| Equities | | |
| Mutual Funds | | |
| Options | | |
| Other | | |
| *Subtotal (Long Portfolio)* | | |
| **TOTAL ASSETS** | | |

## LIABILITIES

|  | | |
|---|---|---|
| Debit Balance | | |
| Short Market Value | | |
| **TOTAL LIABILITIES** | | |
| **NET PORTFOLIO VALUE** | | |

## CASH FLOW

December 01, 2007 - December 31, 2007

|  | This Statement | Year to Date |
|---|---|---|
| Opening Cash/Money Accounts | | |
| **CREDITS** | | |
| Funds Received | | 30,000.00 |
| Electronic Transfers | | 390.00 |
| Other Credits | | |
| *Subtotal* | | 30,390.00 |
| **DEBITS** | | |
| Electronic Transfers | | |
| Margin Interest Charged | | |
| Other Debits/WCMA Loan | | |
| Visa Purchases *(debits)* | | |
| ATM/Cash Advances | | |
| Checks Written/Bill Payment | | |
| *Subtotal* | | (30,390.00) |
| Net Cash Flow | | |
| Dividends/Interest Income | | |
| Security Purchases/Debits | | |
| Security Sales/Credits | | |
| Closing Cash/Money Accounts | | (30,390.00) |
| Securities You Transferred In/Out | | |

ADDRESSING SYSTEMS AND

Account Number: 879-07D04

24-Hour Assistance: (866) 4MLBUSINESS
Access Code: 91-879-07304

## YOUR WCMA TRANSACTIONS

December 01, 2007 - December 31, 2007

### VISA SIGNATURE REWARDS

| Rewards Period | Previous Point Balance | Points Earned This Period | Points Redeemed | Point Adjustments | Bonus Points | Ending Balance |
|---|---|---|---|---|---|---|
| 11/29/2007 to 12/26/2007 | 66,551 | 0 | 0 | 0 | 0 | 66,551 |

To report Lost or Stolen Visa Cards or Checks, please call (800) CMA-LOST.

### LOAN ACCOUNT ACTIVITY

Line of Credit 333,372.00 Limit

Loan by Merrill Lynch Business Financial Services

| Effective Date | Description | Amount | Loan Balance | Interest From | Calculated To | Number of Days | Interest Rate* | Interest Accrued |
|---|---|---|---|---|---|---|---|---|
| 12/01 | Opening Balance | | 333,467.19 | | | | | |
| 12/01 | Loan Balance | | 333,467.19 | 12/01 | 12/04 | 3 | 11.65% | 323.74 |
| 12/04 | Loan Balance | | 333,467.19 | 12/04 | 12/05 | 1 | 12.15% | 112.55 |
| 12/05 | Loan Balance | | 333,467.19 | 12/05 | 12/11 | 6 | 12.20% | 678.05 |
| 12/11 | Loan Balance | | 333,467.19 | 12/11 | 12/13 | 2 | 12.18% | 225.64 |
| 12/13 | Loan Balance | | 333,467.19 | 12/13 | 12/20 | 7 | 12.00% | 778.09 |
| 12/20 | Loan Balance | | 333,467.19 | 12/20 | 01/01 | 12 | 11.88% | 1,320.53 |
| 12/31 | Closing Balance | | 333,467.19 | | | | | |

* Interest Rate: 30 DAY COMMERCIAL PAPER Plus 6.90% (see your loan documentation for further information).
WCMA Loan Interest Paid Year-to-Date 14,569.61.

This page intentionally left blank

## Merrill Lynch

**Agreement Regarding Your Securities Account and Other Important Information**

You, the Client, and we, Merrill Lynch, Pierce, Fenner & Smith Inc. (Merrill Lynch), agree as follows:
(1) We will direct your order for a security or option to the marketplace we consider to be the primary market for that security or option.
(2) We will hold bonds and preferred stocks in bulk segregation (except for those held in custodian accounts). In the event of a call for less than an entire issue or series of those securities, the securities to be called will be randomly selected from those held in bulk.
(3) We are not responsible for the loss or destruction of securities that are placed in the custody of a non-U.S. bank or broker or other custodian, and are lost or destroyed as a result of war, civil commotion, enemy action, government acts or any other causes beyond the control of the depository or us.
(4) This statement of account shall be deemed conclusive if not objected to within ten (10) business days after delivery of or communication of the statement to you. Promptly report any inaccuracy to Merrill Lynch Client Services at (800)MER-RILL. To protect your rights, oral communications should be re-confirmed by you in writing.
(5) We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $30 per annum for each retirement account and $65 per annum for each non-retirement account that sweeps balances to the banks under the RASP ℠ and ML bank deposit programs.
(6) You will have the right to vote full shares, and we may solicit instructions concerning the voting of full shares held in your account. The voting shares in your account will be governed by the rules and policies of the New York Stock Exchange and the Securities and Exchange Commission then in effect, or other applicable exchanges or regulatory provisions.
(7) This statement serves as a confirmation of purchases that result from automatic reinvestment transactions, as well as your AIPS transactions, during the statement period.
(8) As an option client, please advise us promptly of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation; a summary of this information will be made available to you upon request.
(9) All transactions in your account are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, the Financial Industry Regulatory Authority (FINRA).
(10) We trade for our own accounts as an odd lot dealer, a block positioner and/or arbitrageur. At the time of any transaction in your account, we or an affiliate may have a long or short position in the same security, and our positions may be completely or partially hedged.
(11) We can use your free credit balance in our business and such funds are not segregated. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any open commitments in any of your accounts.
(12) Merrill Lynch's financial statement is available for your inspection at our office, or a copy will be mailed upon request to: Merrill Lynch, WFC-NT, New York, N.Y. 10281.
(13) If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.
(14) The Securities Investor Protection Corporation (SIPC) and our excess-SIPC bond do not cover assets that are not securities or assets that are not held at Merrill Lynch, such as cash on deposit at Merrill Lynch Bank USA and Merrill Lynch Bank & Trust Co., FSB (the ML Banks) or other depository institutions. Those deposits are protected by the Federal Deposit Insurance Corporation. Merrill Lynch is not a bank. Unless otherwise disclosed, investments through Merrill Lynch ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at <<http://www.sipc.org>> or (202) 371-8300.
(15) Merrill Lynch bears no responsibility or liability with respect to independent research selected by the Independent Consultant under the Global Research Settlement. Clients assume full responsibility for any trading decisions they make based upon such independent research ratings or reports.

**Prices and Valuations**
While we believe our pricing information to be reliable, we cannot guarantee its accuracy.
Cost Data/Realized Capital Gains & Losses: Cost data and Realized Capital Gains/Losses are provided for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses, and Merrill Lynch does not report gains/losses to the I.R.S. Please refer to your records,

trade confirmations, and the Consolidated Tax Reporting Statement (Form 1099).
Managed Trust Units: Information is based on data from the Merrill Lynch Trust Company or its agent. Neither the Trust nor its units are held in your Merrill Lynch account and are not subject to SIPC.
Fixed-Income Securities: Values on your statement generally are based on estimates, which are obtained from various sources. The values often vary from prices achieved in actual transactions, especially for thinly traded securities, and are not firm bids or offers. The values assume no unusual market conditions and are generally for transactions of $1 million or more, which often have more favorable pricing than transactions in smaller amounts. Accordingly, you may pay more than the values if you purchase securities, or receive less if you sell securities.
Insurance Policies: Information is based on data from the insurer that issued the policy. Merrill Lynch is not responsible for the calculation of policy values. Policies are generally not held in your Merrill Lynch account. If Merrill Lynch as custodian or trustee holds a policy that is a security, SIPC protection and excess-SIPC protection applies.
Est. Annual Yield%: An annualized yield based on rates for the statement month. Current yields may be higher or lower.

**Symbols and Abbreviations**
☒  Interest reported to the IRS.  N/A  Value and/or cost data not available.
*   Gross Proceeds reported to the IRS.  N/C  Not-Calculated.
•   Dividends reported to the IRS.  N/N  Non-negotiable securities.
:   Transactions reported to the IRS.  N/O  Held registered in your name.
OCC Options Clearing Corporation.  N/O CUST  Non-negotiable Custodian Registration.
#   Transaction you requested required same-day payment - Merrill Lynch retained last day's dividend to offset cost of advancing payment on your behalf.
RD  Bonds are changeable from coupon to registered and vice versa without charge.
RG  Bonds registered for both principal and interest.
↑↓  Indicates that our global securities research division has upgraded(↑) or downgraded(↓) its fundamental opinion on a security.

# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
MERRILL LYNCH BUSINESS FINANCIAL :
SERVICES INC., :
: 07 CV 8071 (RJS)
Plaintiff, :
:
-against- :
: **DEFAULT JUDGMENT**
ADDRESSING SYSTEMS AND PRODUCTS INC., :
MARSHALL GOLDBERG, TEMAR INC., and :
and "JOHN DOE #1" THROUGH "JOHN DOE #12", :
the last twelve names being fictitious and unknown to :
plaintiff, being persons having or claiming an interest :
in or lien upon the chattel described in the complaint, :
:
Defendants. :
:
------------------------------------------------------------------x

This action having been commenced on September 14, 2007, by the filing of the Summons and Complaint, and copies of the summons and complaint, the civil cover sheet, the Rule 7.1 statement and judge's rules was served on defendant Addressing Systems and Products Inc. on September 24, 2007; on defendant Marshall Goldberg on November 7, 2007; and on defendant Temar Inc. on November 9, 2007, and proof of service was filed on December 7, 2007, and defendants have not answered the Complaint, and the time for answering the Complaint has expired, it is

**ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against defendants, in the liquidated amount of $_____, plus attorney's fees in the amount of $_____.

Dated: New York, New York
       January \_\_, 2008

_____
U.S.D.J.