UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES INC.,

                          07 CV 8071 (RJS)

           Plaintiff,

           -against-

ADDRESSING SYSTEMS AND PRODUCTS INC.,     **CERTIFICATE OF SERVICE**
MARSHALL GOLDBERG, TEMAR INC., and
and "JOHN DOE #1" THROUGH "JOHN DOE #12",
the last twelve names being fictitious and unknown to
plaintiff, being persons having or claiming an interest
in or lien upon the chattel described in the complaint,

           Defendants.

------------------------------------------------------------------------x

      I, SPENCER L. SCHNEIDER, ESQ., being a member of the Bar of this Court, as attorney for plaintiff, hereby certify that on January 4, 2008, I caused to be served true copies of the Order to Show Cause, dated January 3, 2008, and the Declaration of Spencer Schneider, sworn to January 2, 2008, and its annexed exhibits, in connection with plaintiff's motion for a default judgment, by federal express, overnight service, and by US Mail, upon defendants, Addressing Systems and Products Inc. and Temar Inc., at 2 Penn Plaza, 26th Floor, New York, NY 10121, and Marshall Goldberg, at 29 King Street, New York, NY 10014.

Dated:  New York, New York
          January 4, 2008

                                                      Spencer L. Schneider