```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MERRILL LYNCH COMMERCIAL FINANCIAL
CORP, as assignee of interest of Merrill Lynch Business
Financial Services Inc.

                                                                     Plaintiff,

                                                                     -against-

ADDRESSING SYSTEMS AND PRODUCTS INC.,
MARSHALL GOLDBERG, TEMAR INC., and
and "JOHN DOE #1" THROUGH "JOHN DOE #12",
the last twelve names being fictitious and unknown to
plaintiff, being persons having or claiming an interest
in or lien upon the chattel described in the complaint,

                                                                     Defendants.

-----------------------------------------------------------------x

07 CV 8071 (RJS)

**DEFAULT JUDGMENT**

    This action having been commenced on September 14, 2007, by the filing of the Summons and Complaint, and copies of the summons and complaint, the civil cover sheet, the Rule 7.1 statement and judge's rules was served on defendant Addressing Systems and Products Inc. on September 24, 2007; on defendant Marshall Goldberg on November 7, 2007; and on defendant Temar Inc. on November 9, 2007, and proof of service was filed on December 7, 2007, and defendants have not answered the Complaint, and having failed to appear for the motion for default judgment held before this Court on January 25, 2007, it is

    **ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against defendants Addressing Systems and Products Inc., Marshall Goldberg, and Temar Inc., jointly and severally, in the amount of $368,243.49, which represents principal in the amount of $333,467.19 [handwritten correction from $333,476.19 to $333,467.19], plus interest in the amount of $31,992.30, plus attorney's fees in the amount of $2,775.00.

Dated: New York, New York
       February __, 2008
       April 2

_____
                U.S.D.J.